IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr55-MHT |
| | ) | (WO) |
| MANUEL ERNEST LATTIMORE | ) | |

SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Manuel Ernest Lattimore to receive substance-abuse treatment, mental-health treatment, and educational and vocational training in accordance with the detailed recommendations of Dr. Ashlee Zito, *see* Forensic Psychological Evaluation (Doc. 39-1) at 13-14, and Dr. Carla Stover, *see* Confidential Assessment Report (Doc. 39-2) at 5-7. The treatment shall begin with participation in a residential dual-diagnosis treatment program for at

least six months. The program should provide coordinated substance-abuse and trauma treatment for PTSD in a residential setting. If a residential program is not available upon defendant Lattimore's release from incarceration, an intensive outpatient substance-abuse program or IOP that includes trauma-focused treatment shall be provided.

After defendant Lattimore completes treatment, either through a residential program or intensive outpatient substance abuse program, the United States Probation Office shall arrange for him to participate in weekly individual therapy with a psychotherapist who is able to work with him long-term to further provide relapse prevention, to address his PTSD, and to address his attachment and relationship difficulties. This therapy should include skill building in the areas of emotional regulation, communication, identification of feelings, feelings overlap and intensity, identifying triggers for emotional arousal and reactivity,

identifying levels of anger and other emotions, implementing coping skills early to prevent aggressive behavior, coping skills related to physiological arousal, verbal and nonverbal communication skills, making "I" statements, active listening, and rules for healthy relationships.  The therapist shall be able to provide concrete examples and direct teaching of these skills.  If an outpatient dialectical behavior therapy program can be identified that includes individual therapy and group skill-building sessions each week, defendant Lattimore should participate.

The United States Probation Office shall also arrange for defendant Lattimore to participate in a group or psycho-educational class on healthy relationships and nonviolence.

(2) The United States Probation Office shall arrange for defendant Lattimore to obtain educational and/or vocational training so that he may obtain a steady career and financial stability.  A mentor or

3

vocational counselor to assist him in navigating schooling or career options and attaining a job or housing should be provided if available.

(3) Within 30 days of the commencement of supervised release, the United States Probation Office shall ensure that defendant Lattimore sees a psychiatric provider to avoid any lapse in treatment and that such provider manages any need for psychotropic medication. In particular, the provider should assess whether medication may be helpful for his sleep and trauma-related anxiety.

(4) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Lattimore is faring.

(5) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Lattimore receives a

4

copy of the psychological evaluations conducted by Dr. Ashlee Zito and Dr. Carla Stover, *see* Forensic Psychological Evaluation (Doc. 39-1); Confidential Assessment Report (Doc. 39-2).

DONE, this the 4th day of December, 2023.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE